THE STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. WILLIAM ALBINO, DEFENDANT-PETITIONER.

*Messrs. Citrino, Carella & Balsam* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. Harold N. Springstead* for the respondent.

October 4, 1966. Denied.

FIDELITY UNION TRUST COMPANY, *ETC., ET AL.*, PLAIN-
TIFFS-APPELLANTS, v. MARGARET BERENBLUM, *IN-
DIVIDUALLY*, DEFENDANT-PETITIONER, AND HARRY
POTOLSKY, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 91 *N. J. Super.* 551.

*Mr. Harry Schaffer* for the petitioner.

*Messrs. Kristeller, Zucker, Lowenstein & Cohen* and *Mr. Martin Roth* for the respondents.

October 4, 1966. Denied.

THE STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. JOHN J. AIELLO, DEFENDANT-PETITIONER.

See same case below: 91 *N. J. Super.* 457.

*Messrs. Accardi & Koch* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. Barry H. Evenchick* for the respondent.

October 4, 1966. Denied.